**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 10-6185

GBEKE MICHAEL AWALA,

             Petitioner - Appellant,

      v.

IMMIGRATION JUDGE; ATTORNEY GENERAL,

             Respondents - Appellees.

Appeal from the United States District Court for the District of
Maryland, at Baltimore.   William D. Quarles, Jr., District
Judge.  (1:09-cv-03442-WDQ)

Submitted:  April 29, 2010              Decided:  May 4, 2010

Before MOTZ and DUNCAN, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

Gbeke Michael Awala, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Gbeke Michael Awala, a federal prisoner, appeals the district court's order dismissing without prejudice his 28 U.S.C. § 2241 (2006) petition. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Awala v. Immigration Judge, No. 1:09-cv-03442-WDQ (D. Md. Jan. 7, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED